UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE, Inc., )
257 Park Avenue South, New York, NY 10010 )
)
NEIGHBORS FOR NEIGHBORS, Inc., )
P.O. Box 661, Elgin, TX  78621 )
)
          Plaintiffs, )
)
v. )   Case No. _____
)
U.S. DEPARTMENT OF JUSTICE, )
950 Pennsylvania Ave., NW )
Washington, D.C. )
)
          Defendant. )
_____)

**Plaintiffs' Certificate Required by LCvR 7.1 of the Local Rules of the
United States District Court for the District of Columbia**

I, the undersigned counsel of record for plaintiffs, certify that to the best of my knowledge and belief, plaintiffs have no parent companies, subsidiaries or affiliates with any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                       /s/ William L. Miller
                                       William L. Miller (D.C. Bar No. 443191)
                                       The William Miller Group, PLLC
                                       1666 Connecticut Avenue, NW
                                       Suite 500
                                       Washington, DC 20009
                                       (202) 256-2306
                                       (202) 318-2427  FAX

                                       Attorney for Plaintiffs