UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ENVIRONMENTAL DEFENSE, INC. and NEIGHBORS FOR NEIGHBORS, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-605 (RMC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.2(d), William L. Miller respectfully requests that Reed Zars be admitted to appear for plaintiffs Environmental Defense, Neighbors for Neighbors and Public Citizen in this matter *pro hac vice*.

As set forth in Exhibit 1, the attached declaration of Reed Zars, Mr. Zars is a member in good standing of the bars of Wyoming and Colorado, and is admitted to practice in the federal district courts of Wyoming and Colorado, and the Fifth, Ninth, Tenth and Eleventh Circuit Courts of Appeal. Mr. Zars has not been disciplined by any bar. Mr. Zars has not been admitted *pro hac vice* in this Court at any time, and Mr. Zars does not engage in the practice of law from an office in the District of Columbia. Mr. Zars's address and phone numbers are set forth below:

> Reed Zars
> Attorney at Law
> 910 Kearney Street
> Laramie, Wyoming 82070
> 307-745-7979
> 307-745-7999 (FAX)
> rzars@lariat.org

Mr. Zars shall associate himself with Mr. Miller for the limited purpose of this case.

- 2 -

Respectfully submitted,

DATED this 29th day of March, 2007.


      /s/ William L. Miller
William L. Miller
The William Miller Group, PLLC (D.C. Bar No. 443191)
1666 Connecticut Avenue, NW
Suite 500
Washington, DC 20009
(202) 256-2306
(202) 318-2427 FAX
wmiller@williammillergroup.com

Attorney for Plaintiffs ENVIRONMENTAL DEFENSE, Inc. and NEIGHBORS FOR NEIGHBORS, Inc.

- 3 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 10th day of April, 2007, I caused to be served upon the United States Department of Justice a copy of Plaintiffs' Motion to Appear Pro Hac Vice to the following:

Alberto Gonzales
Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Jeffrey A. Taylor
United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

                                                            /s/ William L. Miller
                                                     William L. Miller

Exhibit 1

Declaration of Reed Zars

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE, Inc. and )
NEIGHBORS FOR NEIGHBORS, Inc. )
)
          Plaintiffs, )
)
v. )   Case No. _____
)
U.S. DEPARTMENT OF JUSTICE, )
)
          Defendant. )
_____)

**DECLARATION OF REED ZARS
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

My name is Reed Zars. Pursuant to Local Rule 83.2(d), I am providing this declaration in support of Plaintiffs' Motion to Allow Reed Zars to Appear *Pro Hac Vice*.

    1.    I am a member in good standing of the bars of Wyoming and Colorado.

    2.    I am admitted to practice in the federal district courts of Wyoming and Colorado, and the Fifth, Ninth, Tenth and Eleventh Circuit Courts of Appeal.

    3.    I have not been disciplined by any bar.

    4.    I have not been admitted *pro hac vice* in the District Court for the District of Columbia at any time.

    5.    I do not engage in the practice of law from an office in the District of Columbia.

    6.    My solo law practice is located in Laramie, Wyoming. My address and phone numbers are set forth below:

    Reed Zars, Attorney at Law, 910 Kearney Street, Laramie, Wyoming 82070, 307-745-7979, 307-745-7999 (FAX).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 30, 2007        Signed: *Reed Zars*
                                                            Reed Zars

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, INC. and<br>NEIGHBORS FOR NEIGHBORS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-605 (RMC)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This matter having come before the Court on Plaintiffs' Motion to Appear Pro Hac Vice, and the Court being fully advised in the premises;

THE COURT HEREBY FINDS:

Reed Zars is a member in good standing of the Wyoming and Colorado bars, of the federal district courts of Wyoming, Colorado the Fifth, Ninth, Tenth and Eleventh Circuit Courts of Appeal.  Mr. Zars has not been disciplined by any bar.  Mr. Zars has not been admitted *pro hac vice* in this Court at any time, and Mr. Zars does not engage in the practice of law from an office in the District of Columbia.

His address and telephone numbers are:

Reed Zars
Attorney at Law
910 Kearney Street
Laramie, Wyoming 82070
307-745-7979
307-745-7999 (FAX)

- 2 -

IT IS HEREBY ORDERED that Reed Zars shall be admitted, *pro hac vice*, to practice law in the District Court for the District of Columbia for the limited purpose of representing the plaintiffs in the above-captioned matter.

DATED this _____ day of _____, 2007.

BY THE COURT:

_____
District Court Judge