AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAR 29 PM 5:18

NANCY M.
MAYER-WHITTINGTON
CLERK

# UNITED STATES DISTRICT COURT
## District of Columbia

ENVIRONMENTAL DEFENSE and
NEIGHBORS FOR NEIGHBORS

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEPARTMENT OF JUSTICE

Case: 1:07-cv-00605
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/30/2007
Description: ENVIRONMENTAL DEFENSE V. D.O.J.

TO: (Name and address of Defendant)

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William L. Miller
The William Miller Group, PLLC
1666 Connecticutt Ave., NW  Suite 500
Washington, D.C.  20009

an answer to the complaint which is served on you with this summons, within __THIRTY (30)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 29 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date            *Signature of Server*

               _____
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: APRIL 6, 2007 |
| NAME OF SERVER (PRINT): MARK G. LEVEY | TITLE: |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: US DEPT. OF JUSTICE RM B-103, 950 PENN AVE, WASH, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 6, 2007      [signature]
                Date              Signature of Server

LAW OFFICE OF JIM TOM HAYNES, PC
1666 CONN AVE, NW, SUITE 500
WASHINGTON, DC 20009
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.