# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ENVIRONMENTAL DEFENSE, Inc., *et al.*          )
                                              )
                                              )
            Plaintiffs,                        )          Civil Action No.: 07-0605 (RMC)
                                              )
    v.                                         )
                                              )
U.S. DEPARTMENT OF JUSTICE,                    )
                                              )
            Defendant.                         )
_____          )

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Judith A. Kidwell as counsel for defendant in the above-captioned case.


                            _____/s/_____
                            JUDITH A. KIDWELL
                            Assistant United States Attorney
                            555 4th St., N.W., Room E4905
                            Washington, D.C.  20530
                            (202) 514-7250