UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-0605 (RMC) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSE**

  Defendant, the U.S. Department of Justice, through its undersigned counsel, hereby respectfully moves for an enlargement of time, to and including May 31, 2007, to file its answer or other response to Plaintiffs' complaint in this case. Defendant's response is now due on May 7, 2007. Defendant's counsel contacted Plaintiffs' counsel to obtain Plaintiffs' position on the requested extension. Defendant, hereby, advises the Court that Plaintiffs oppose this motion.

  There is good cause for this motion. Defendant is diligently attempting to process Plaintiffs' Freedom of Information Act ("FOIA") request. Undersigned counsel has been advised that, at this time, Defendant's search for records in response to Plaintiffs' FOIA request is 80% complete. Therefore, Defendant expects to have a response to Plaintiffs' request by May 31, 2007. At that time, if necessary, the parties can propose a briefing schedule for the Court. Accordingly, Defendant is requesting an extension of time to and including May 31, 2007, to file its answer or other response to Plaintiffs' complaint.

  For the foregoing reasons, Defendant respectfully requests that this motion for an

enlargement of time be granted. A proposed order is included with his motion.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
UNITED STATES ATTORNEY

_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 07-0605 (RMC) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file its answer or other response, any Opposition thereto, and the entire record herein, it is this _____ day of May, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including May 31, 2007, to file its answer or other response to Plaintiffs' complaint.

_____
UNITED STATES DISTRICT JUDGE