UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.* ) <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE,  ) <br> ) <br> Defendant.  ) | Civil Action No.: 07-0605 (RMC) |

**DEFENDANT'S STATUS REPORT AND PROPOSED ORDER**

The Defendant, the United States Department of Justice ("DOJ"), respectfully provides this status report to the Court and requests that the Court enter the attached order in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, action. The Defendant states as follows:

1. On May 3, 2007, the Court granted the Defendant's motion for an enlargement of time, until May 31, 2007, to respond to the Plaintiffs' FOIA complaint.

2. On May 31, 2007, the Defendant completed and served its responses to the Plaintiff's FOIA requests on the Plaintiffs' counsel, by electronic mail and overnight delivery.

3. The processing of the Plaintiffs' FOIA requests have been completed and the Defendant expects that the next step in this case will be either a voluntary dismissal or the preparation of motions for summary judgment. To that end, the Defendant proposes the following schedule:

Defendant's summary judgment brief shall be filed by June 29, 2007;

Plaintiff's opposition and/or cross-motion shall be filed by July 30, 2007;

Defendant's reply and any opposition to any cross-motion shall be filed by August 10, 2007;

Plaintiff's reply, if any, shall be filed by August 27, 2007.

A proposed order consistent with this Status Report is attached.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 07-0605 (RMC) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION OF the Defendant's Status Report, any opposition thereto, and the entire record herein, it is this _____ day of June, 2007,

ORDERED, that:

Defendant's summary judgment brief shall be filed by June 29, 2007;

Plaintiff's opposition and/or cross-motion shall be filed by July 30, 2007;

Defendant's reply and any opposition to any cross-motion shall be filed by August 10, 2007;

Plaintiff's reply, if any, shall be filed by August 27, 2007.


DATED: _____


_____
UNITED STATES DISTRICT JUDGE