UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 07-0605 (RMC) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSE**

Defendant, the U.S. Department of Justice, through its undersigned counsel, hereby respectfully moves for an enlargement of time, to and including June 29, 2007, to file an answer or other response to Plaintiffs' complaint in this case. Defendant's response was due on May 31, 2007. Defendant completed the processing of Plaintiffs' Freedom of Information Act request and served documents responsive to that request on Plaintiffs' counsel on May 31, 2007. Defendant's counsel also contacted Plaintiffs' counsel regarding a voluntary dismissal of the case or proposed briefing schedule. Not having received a response from Plaintiffs' counsel, on June 1, 2007, Defendant filed a status report and a proposed briefing schedule with the Court. Subsequently, Defendant's counsel again attempted to contact Plaintiffs' counsel, but was unable to reach Plaintiffs' counsel regarding the requested extension.

For the foregoing reasons, Defendant respectfully requests that this motion for an

enlargement of time be granted.  A proposed order is included with this motion.

                          Respectfully submitted,

                          _/s/_____
                          JEFFREY A. TAYLOR, D.C. Bar #498610
                          UNITED STATES ATTORNEY

                          _/s/_____
                          RUDOLPH CONTRERAS, D.C. Bar #434122
                          Assistant United States Attorney

                          _/s/_____
                          JUDITH A. KIDWELL
                          Assistant United States Attorney
                          555 4th Street, N.W., Room E4905
                          Washington, D.C. 20530
                          (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.* ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 07-0605 (RMC) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file its answer or other response, any opposition, and the entire record herein, it is this \_\_\_\_\_ day of June, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including June 29, 2007, to file its answer or other response to Plaintiffs' complaint.

_____
UNITED STATES DISTRICT JUDGE