UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc. and<br>NEIGHBORS FOR NEIGHBORS, Inc.<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0605 (RMC)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH MINUTE ORDER**

    Pursuant to the Court's June 4, 2007 Minute Order, Plaintiffs' counsel hereby notifies the Court that it has discussed with Defendant's counsel the remaining issues in this matter, including whether the case is moot.

    This case was filed on March 29, 2007 to address the Department of Justice's failure to respond within 20 days to Plaintiffs' February 16, 2007 FOIA request. On May 31, 2007, the Department of Justice responded to Plaintiffs' FOIA request.

    The remaining substantive issue is whether the 18 documents provided by DOJ represent all responsive documents to Plaintiffs' FOIA request, including emails, after a thorough search was conducted. Defendant's counsel has stated she will provide a declaration that describes the specific documents requested, the search that was conducted for such documents, and the documents that were found pursuant to such search.

    Plaintiffs and Defendant believe that through this process they will be able to determine whether there are any remaining substantive issues. If the substantive issues are resolved, the only remaining matter would be Plaintiffs' claim under 5 U.S.C. § 552(a)(4)(E) for their costs of litigation, including attorneys' fees.

Respectfully submitted,

DATED this 10th day of June, 2007.

_/s/ Reed Zars_
Reed Zars
Attorney at Law
910 Kearney Street
Laramie, WY 82070
307-745-7979
307-745-7999

William L. Miller
The William Miller Group, PLLC
1666 Connecticut Avenue, NW
Suite 500
Washington, DC 20009
(202) 256-2306
(202) 318-2427  FAX

## CERTIFICATE OF SERVICE

I certify that on the 10th day of June, 2007, I electronically filed *Plaintiffs' Notice of Compliance With Minute Order* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties through counsel of record set forth below:

Judith A. Kidwell
Assistant United States Attorney
555 4th St., N.W., Room E4905
Washington, D.C. 20530
judith.a.kidwell@usdoj.gov

_/s/ Reed Zars_