UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. ) | Civil Action No.: 07-0605 (RMC) |

**JOINT STATUS REPORT**

The Parties file this Joint Status Report in compliance with the Court's Order dated June 11, 2007, instructing the parties to advise the Court on whether there were any remaining substantive issues in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, case by July 11, 2007. The Parties advise the Court of the following:

1.  On May 31, 2007, the Defendant completed and served its responses to the Plaintiffs' FOIA requests by electronic mail and overnight delivery.

2.  Subsequently, the Defendant supplemented its responses to the Plaintiffs' FOIA requests and provided the Plaintiffs' counsel with a declaration concerning the adequacy of the Defendant's search for relevant records.

3.  The processing of the Plaintiffs' FOIA requests has been completed and the Plaintiffs have accepted the Defendant's responses and declaration. There are no remaining substantive issues in this case. Therefore, the Parties expect to file a voluntary dismissal of the case with the Court by July 31, 2007.

Respectfully submitted,

__/s/_____  __/s/_____
WILLIAM L. MILLER, ESQ.             JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. Bar #443191                    United States Attorney
The William Miller Group
1666 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20009
(202) 256-2306

                                    __/s/_____
__/s/_____  RUDOLPH CONTRERAS, D.C. BAR # 434122
REED ZARS, ESQ.                     Assistant United States Attorney
910 Kearney Street
Laramie, WY 82070                   __/s/_____
                                    JUDITH A. KIDWELL
                                    Assistant United States Attorney
                                    555 Fourth Street, N.W.- Civil Division
                                    Room E4905
                                    Washington, D.C. 20530
                                    (202) 514-7250


COUNSEL FOR PLAINTIFFS,             COUNSEL FOR DEFENDANT,
ENVIRONMENTAL DEFENSE, AND          U.S. DEPARTMENT OF JUSTICE
NEIGHBORS FOR NEIGHBORS