UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Civil Action No.: 07-0605 (RMC) |

## STIPULATION AND ORDER FOR DISMISSAL

The Parties, by and through their respective counsel, hereby stipulate, subject to the approval of the Court, to dismissal with prejudice of this action, brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each of the Parties shall bear their own fees and costs.

Respectfully submitted,

COUNSEL FOR PLAINTIFFS,
ENVIRONMENTAL DEFENSE, AND
NEIGHBORS FOR NEIGHBORS

/s/
WILLIAM L. MILLER, ESQ.
D.C. Bar #443191
The William Miller Group
1666 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20009
(202) 256-2306

COUNSEL FOR DEFENDANT,
U.S. DEPARTMENT OF JUSTICE

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

| | |
|---|---|
| /s/ | /s/ |
| REED ZARS | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Attorney at Law | Assistant United States Attorney |
| 910 Kearney Street | |
| Laramie, WY 82070 | |
| 307-745-7979 | |

                                                             /s/
                                      JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## **ORDER**

Pursuant to the Parties' stipulation of dismissal, IT IS HEREBY ORDERED, that this action is dismissed with prejudice.

Date: August ____, 2007

                                           Honorable Rosemary M. Collyer
                                           United States District Judge