UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE, Inc., *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No.: 07-0605 (RMC) |

## STIPULATION AND ORDER FOR DISMISSAL

The Parties, by and through their respective counsel, hereby stipulate, subject to the approval of the Court, to dismissal with prejudice of this action, brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each of the Parties shall bear their own fees and costs.

Respectfully submitted,

COUNSEL FOR PLAINTIFFS,                COUNSEL FOR DEFENDANT,
ENVIRONMENTAL DEFENSE, AND              U.S. DEPARTMENT OF JUSTICE
NEIGHBORS FOR NEIGHBORS


___/s/_____                       ___/s/_____
WILLIAM L. MILLER, ESQ.                 JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. Bar #443191                        United States Attorney
The William Miller Group
1666 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20009
(202) 256-2306

/s/
REED ZARS
Attorney at Law
910 Kearney Street
Laramie, WY 82070
307-745-7979

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## ORDER

Pursuant to the Parties' stipulation of dismissal, IT IS HEREBY ORDERED, that this action is dismissed with prejudice.

Date: August 10, 2007

Honorable Rosemary M. Collyer
United States District Judge